# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

April 28, 2004

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 03-11194 USA v. Webster
       USDC No.  4:00-CV-1646-Y
             4:94-CR-121-1

The court has granted an extension of time to and including May 10, 2004 for filing appellant's brief in this case.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

By: _____
    Monica Washington, Deputy Clerk
    504-310-7705

Mr Gary Allen Taylor
Ms Nancy E Larson