**U.S. Department of Justice**

United States Attorney
Northern District of Texas

ORIGINAL

*801 Cherry Street, Suite 1700*          *Telephone (817)252-5200*
*Fort Worth, Texas 76102-6897*          *Fax (817)978-3094*

June 3, 2004

Charles R. Fulbruge III, Clerk
United States Court of Appeals
  for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

U.S. COURT OF APPEALS
**F I L E D**

JUN 7 2004

CHARLES R. FULBRUGE III
CLERK

U.S. COURT OF APPEALS
RECEIVED
JUN 0 7 2004
NEW ORLEANS, LA

Attn:    Ms. Monica Washington, Deputy Clerk

Re:    **UNITED STATES V. BRUCE CARNEIL WEBSTER, Appeal Number 03-11194**

Dear Ms. Washington:

This letter confirms the 28-day extension granted by the Court for the filing of appellee's response to appellant's request for additional certificate of appealability issues previously denied by district court in the above-referenced appeal. This is the first extension granted by the Court in this appeal. The original due date was June 11, 2004. This extension changes the due date to July 9, 2004.

An extension was requested because counsel for the government has been busy with work for this Court, and will have insufficient time to complete the response by its due date in consideration of the briefs that are also currently due. I filed appellee's brief in *United States v. Rigoberto Grijalva-Lopez*, Appeal Number 04-10068, on May 14, 2004; and in *United States v. Carolyn Penrice Belcher*, Appeal Number 04-10133, on June 2, 2004. I am also responsible for filing the government's response in *United States v. Ricky Fields*, Appeal Number 04-10368, which is due on June 16, 2004; *United States v. Mario Alberto Corona-Soloranzo*, Appeal Number 04-10114, which is due on June 23, 2004; *United States v. Jeffrey Lynn Southerland*, Appeal Number 03-11319, which is due on June 25, 2004; and *United States v. Charles Nowden*, Appeal Number 04-10605, which is due on June 28, 2004 (expedited brief). I also have an evidentiary hearing in capital murder habeas proceedings on June 7, 2004.

Counsel for Mr. Webster, Mr. Philip Wischkaemper, has no objection to the granting of this request for an extension. As indicated, a copy of this letter has been forwarded to counsel for Mr. Webster.

Sincerely,

JANE J. BOYLE
United States Attorney

DELONIA A. WATSON
Assistant United States Attorney

Letter to Court of Appeals re: Bruce Webster

cc:    Mr. Philip Wischkaemper
       Attorney at Law
       915 Texas Avenue
       Lubbock, Texas  79401

       Mr. Gary Taylor
       Attorney at Law
       P. O. Box 90212
       Austin, Texas 78709-0212