COURT OF APPEALS
FILED

JUL 9 2004

CHARLES R. FULBRUGE III
CLERK

ORIGINAL

# 03-11194



IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**

Respondent-Appellee,

v.

# BRUCE CARNEIL WEBSTER,

Petitioner-Appellant.

On Appeal from the United States District Court
for the Northern District of Texas
Fort Worth Division
District Court Number 4:00-CV-1646-Y (4:94-CR-121-1)

MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S OPPOSITION TO APPELLANT'S
MOTION FOR ADDITIONAL CERTIFICATE
OF APPEALABILITY ISSUES

Appellee, by and through the United States Attorney for the Northern

District of Texas, files this motion for an extension of time to file appellee's

opposition to appellant's motion for additional certificate of appealability (COA)

issues in the above-captioned appeal, and would show the Court as follows:

The Opposed / *Unopposed*
Motion *for ext. f time to 7/16/04*
*to fill opp. to COA*
Is *Granted* in Part   Denied

*BJ  7/14/04*

**MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**          Page 1

1. This appeal involves an appellant sentenced to death who is appealing from the denial of his motion for relief under 28 U.S.C. § 2255. The district court granted COA on only two of the issues raised by appellant. He has filed a motion for additional COA issues, to which appellee has been directed by this Court to respond.

2. Appellee's response was originally due on or before June 10, 2004. Appellee requested and was granted a 30-day extension which changed appellee's due date to July 9, 2004. Appellee requests an additional seven days to file its response.

3. Over the last 30 days, appellee's counsel has been busy with work for this Court, including filing appellee's briefs in the following appeals: *United States v. Carolyn Penrice Belcher*, Appeal Number 04-10133, on June 1, 2004; *United States v. Jeffrey Lynn Southerland*, Appeal Number 03-11319, on June 25, 2004; and *United States v. Christopher Shaun McDonald*, Appeal Number 04-10337, on July 6, 2004. Counsel also filed a brief as appellant in *United States v. Ricky Fields*, Appeal Number 04-10368, on June 23, 2004. On July 2, 2004, appellee's counsel filed a response to a "Motion to Stay Execution of Forfeiture and Restitution Orders, or Alternatively, to Preclude the Transfer of Forfeitable Property Pending Appeal," by appellant in *United States v. Frederick Charles*

*Miller,* Appeal Number 03-11217. In addition for the last ten days, counsel has been inundated with issues pertaining to the Supreme Court's decision in *Blakely v. Washington,* 2004 WL 1402697 (June 24, 2004).

4. On June 25, 2004, appellee's counsel had LASIK surgery and did not return to work until June 29, 2004. In addition, appellee's counsel is scheduled for annual leave from July 9, 2004, through July 14, 2004.

5. Appellant is in custody. An extension will not impact his custodial status.

6. Counsel for Webster does not oppose this motion for extension.

Appellee respectfully prays that a second extension of time be granted and that it be allowed to file its response by July 16, 2004.

Respectfully submitted,

RICHARD B. ROPER
United States Attorney
Northern District of Texas

DELONIA A. WATSON
Assistant United States Attorney
Texas State Bar Number 20937500
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
817.252.5200 OFFICE
817.978.6381 FAX

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 8th day of July, 2004, the original and three copies of the foregoing were sent via Federal Express to the Clerk of the United States Court of Appeals for the Fifth Circuit, and two copies of the same were likewise served on Mr. Gary Taylor, counsel for Webster, P. O. Box 90212, Austin, Texas 78709-0212, and Mr. Philip Wischkaemper, counsel for Webster, SNUGGS & WISCHKAEMPER, 915 Texas Avenue, Lubbock, Texas 79401, via the United States mail.

DELONIA A. WATSON
Assistant United States Attorney

n:\udd\dwatson\mandos2004.wpd