# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

December 7, 2004

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 03-11194 USA v. Webster
            USDC No.  4:00-CV-1646-Y
                      4:94-CR-121-1

Enclosed is an opinion order entered in this case.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By:  _____
                Rhonda Flowers, Deputy Clerk

Mr Gary Allen Taylor
Mr Philip Alan Wischkaemper
Ms Nancy E Larson
Mr Richard Bratton Roper III