# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

December 7, 2004

Mr Gary Allen Taylor
11319 Long Branch
Austin, TX 78736

              No. 03-11194 USA v. Webster
                   USDC No.  4:00-CV-1646-Y
                             4:94-CR-121-1

Dear Mr Taylor:

In light of the court's opinion of this date, the court's
briefing notice has this date resumed.  Your appellant's brief
and record excerpts are due within 40 days of this date, or, by
January 18, 2005.    The appellee's brief is due 30 days
thereafter, and any reply brief is due within 14 days.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Monica Washington, Deputy Clerk
                        504-310-7705

cc:  Mr Philip Alan Wischkaemper
     Ms Nancy E Larson