IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-11194

U.S. COURT OF APPEALS

**FILED**

JAN 7 2005

CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRUCE CARNEIL WEBSTER

Defendant - Appellant

---------------------

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

---------------------

O R D E R :

IT IS ORDERED that appellant's motion to abate the current

proceedings in this court until the U. S. Supreme Court address

the issues in appellant's petition for writ of certiorari is DENIED.
Appellant's brief is due January 18, 2005, and no extensions will be

granted.

/s/JERRY E. SMITH
JERRY E. SMITH
UNITED STATES CIRCUIT JUDGE