# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

January 7, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 03-11194 USA v. Webster
             USDC No.  4:00-CV-1646-Y
                       4:94-CR-121-1


Enclosed is an order entered in this case.


        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

By:  _____
        Monica Washington, Deputy Clerk
        504-310-7705


Mr Gary Allen Taylor
Ms Nancy E Larson