## BOERNER & DENNIS
### ATTORNEYS AT LAW

920 Avenue Q
Lubbock, Texas 79401
(806) 763-0044

P. O. Box 1738
Lubbock, Texas 79408
(806) 763-2084 (fax)

Don C. Dennis
Board Certified—Civil Trial Law
Texas Board of Legal Specialization

Joe V. Boerner, Jr.
William A. Franklin
Lena G. Roberts

January 25, 2005

Hon. Charles R. Fulbruge III
Clerk
United States Court of Appeals
Fifth Circuit
600 Camp Street
New Orleans, La. 70130

Attn: Monica Washington

U.S. COURT OF APPEALS
**FILED**
JAN 3 1 2005
CHARLES R. FULBRUGE III
CLERK

U. S. COURT OF APPEALS
RECEIVED
JAN 3 1 2005
NEW ORLEANS, LA.

**Re:    Bruce C. Webster v. United States; No. 03-11194**

Ms. Washington,

Per your request, this correspondence is to advise the court that I am not seeking and will not seek payment or reimbursement from the U.S. government for my work on the appeal in the above referenced case. Please find enclosed my Form for Appearance of Counsel.

Feel free to contact me with any questions or concerns.

Yours very truly,

BOERNER & DENNIS

Lena G. Roberts
lgroberts@bd-llp.com

Encl.

Copy to:
Gary A. Taylor
Philip Wischkaemper