

**U.S. Department of Justice**

United States Attorney
Northern District of Texas

*Burnett Plaza Suite 1700*
*801 Cherry Street Unit #4*        *Telephone (817)252-5200*
*Fort Worth, Texas 76102-6882*       *Fax (817)978-3094*

February 18, 2005

Charles R. Fulbruge III, Clerk
United States Court of Appeals
  for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

U.S. COURT OF APPEALS

**FILED**

FEB 2 2 2005

CHARLES R. FULBRUGE III
CLERK

Attn: Ms. Mary Stewart, Assistant Case Manager

Re:   **UNITED STATES OF AMERICA v. BRUCE CARNEIL WEBSTER**
      **Appeal Number 03-11194**

Dear Ms. Stewart:

This letter confirms the extension granted by the Court for the filing of the appellee's brief in the above-referenced appeal. The brief was originally due on February 23, 2005, and the new due date is March 25, 2005.

Counsel for the government requested an extension of thirty days due to the death of her sister on February 16, 2005 and her attendance to related family matters. As this is a capital case, the additional 30 days is needed to adequately respond to appellant's brief.

Counsel for the appellant does not oppose the grant of this extension. A copy of this letter has been forwarded to him.

Sincerely,

NANCY E. LARSON
Assistant United States Attorney

cc:   Mr. Philip Alan Wischkaemper
      Snuggs & Wischkaemper
      915 Texas Avenue
      Lubbock, Texas 79401

      Lena G. Roberts
      Boerner & Dennis
      920 Avenue Q
      Lubbock, Texas 79401

      Gary Allen Taylor
      11319 Long Branch
      Austin, Texas 78736