## NO. 03-11194

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

U.S. COURT OF APPEALS
**FILED**

**BRUCE CARNIEL WEBSTER,**

JUL 1 4 2005

CHARLES R. FULBRUGE III
**Petitioner-Appellant,**                    CLERK

**v.**

**UNITED STATES OF AMERICA,**

**Respondent-Appellee**

## MOTION TO WITHDRAW

COMES NOW, **GARY TAYLOR**, the undersigned counsel, and would respectfully show the Court as follows:

### I.

After a determination of indigency, the undersigned counsel was appointed to represent petitioner in this cause.

### II.

The undersigned counsel has been offered, and accepted, a position with the Federal Public Defender's Office in Las Vegas, Nevada. Counsel will be moving to Nevada August 1, 2005. This employment requires counsel to close his practice.

### III.

The undersigned counsel is notifying petitioner of these circumstances by forwarding a letter to petitioner, along with this pleading.

### IV.

Philip Wischkaemper was appointed as co-counsel in this case. The undersigned counsel has discussed these circumstances with Mr. Wischkaemper. The undersigned counsel would recommend to the Court that Michael Charlton be appointed to assist Mr. Wischkaemper in this case. Michael Charlton is a well respected and well qualified attorney which many years experience representing persons convicted of capital murder and sentenced to death. Mr. Charlton has appeared in this Court many times.

## V.

Counsel would thank the Court for his trust in him but, due to these circumstances, respectfully request that the Court allow him to withdraw IMMEDIATELY. Counsel will submit all/any vouchers for services rendered in a timely fashion.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests this Court allow him to withdraw in this cause.

Respectfully Submitted,

GARY TAYLOR
Attorney at Law
P. O. Box 90212
Austin, Texas 78709
512.301.5100
512.233.2953 (fax)

By: _____
Gary Taylor
State Bar No. 19691650

## CERTIFICATE OF SERVICE

I herein certify that a true and correct copy of the above and foregoing motion was served on the United States Attorney's Office, and on the petitioner by United States Mail.

_____                    _____
Date 7/11/05                                                      Gary Taylor