IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-11194

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRUCE CARNEIL WEBSTER

Defendant - Appellant

U.S. COURT OF APPEALS

F I L E D

JUL 2 2 2005

CHARLES R. FULBRUGE III
CLERK

----------------------
Appeal from the United States District Court for the
Northern District of Texas, Fort Worth
----------------------

O R D E R :

IT IS ORDERED that the motion of attorney Gary Taylor to withdraw as counsel is **GRANTED.**

IT IS FURTHER ORDERED that the motion of attorney Gary Taylor to appoint Michael Charlton as co-counsel is **DENIED,**

_____
JERRY E. SMITH
UNITED STATES CIRCUIT JUDGE