# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

July 22, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 03-11194 USA v. Webster
       USDC No.  4:00-CV-1646-Y
             4:94-CR-121-1

Enclosed is an order entered in this case.

       Sincerely,

       CHARLES R. FULBRUGE III, Clerk

       By: _____
          Mary Frances Noveh
          Case Management Clerk
          504-310-7686

Mr Philip Alan Wischkaemper
Ms Delonia Anita Watson
Mr Gary Taylor

P.S. to Mr. Wischkaemper: In light of the Court's order,
you have been designated as lead counsel for the above referenced
matter.

MOT-2