# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 11, 2005

Charles R. Fulbruge III
Clerk

———————————

No. 03-11194

———————————

D.C. Docket No. 4:00-CV-1646-Y
4:94-CR-121-1

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRUCE CARNEIL WEBSTER

Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth.

Before SMITH, WIENER, and BARKSDALE, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: