IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-11194

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRUCE CARNEIL WEBSTER

Defendant - Appellant

--------------------
Appeal from the United States District Court for the
Northern District of Texas, Fort Worth
--------------------

O R D E R :

IT IS ORDERED that the unopposed motion of attorney Philip Wischkaemper to appoint Michael Charlton as co-counsel is DENIED.

JERRY E. SMITH
UNITED STATES CIRCUIT JUDGE

U.S. COURT OF APPEALS
FILED
SEP 29 2005
CHARLES R. FULBRUGE III
CLERK