# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

<table>
<tr>
<td>

**CHARLES R. FULBRUGE III**
**CLERK**

</td>
<td>

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

</td>
</tr>
</table>

September 29, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 03-11194 USA v. Webster
        USDC No.  4:00-CV-1646-Y
                  4:94-CR-121-1

Enclosed is an order entered in this case.


                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

    By: _____
                Monica Washington, Deputy Clerk
                504-310-7705


Mr Philip Alan Wischkaemper
Ms Delonia Anita Watson