# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

October 3, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 03-11194 USA v. Webster
            USDC No.  4:00-CV-1646-Y
                      4:94-CR-121-1

The court has granted in part appellant's motion for an extension of time to and including October 25, 2005 for filing a petition for rehearing in this case.

You are reminded that we must actually receive any petition for rehearing in this office by the due date.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By:  _____
                Monica Washington, Deputy Clerk
                713-250-5440

Mr Philip Alan Wischkaemper
Ms Delonia Anita Watson