# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

| | | | |
|---|---|---|---|
| CHARLES R. FULBRUGE III | **TEMP. U.S.P.S. ADDRESS:** | **P.O. BOX 610160** | TEL. 504-310-7700 |
| CLERK | | **HOUSTON, TX 77208** | 600 CAMP STREET |
| | **COMMERCIAL DELIVERY:** | **ROOM 1216, 515 RUSK ST.** | NEW ORLEANS, LA 70130 |
| | | **HOUSTON, TX 77002** | |

October 24, 2005

Mr Philip Alan Wischkaemper
Snuggs & Wischkaemper
915 Texas Avenue
Lubbock, TX 79401

          No. 03-11194 USA v. Webster
          USDC No.  4:00-CV-1646-Y
                    4:94-CR-121-1

Dear Counsel:

We have filed your petition for rehearing.  However, it has the
the following deficiencies:

     In accordance with Fifth Circuit Rule 35.2.10 a copy of the
opinion sought to be reviewed should be bound with the petition.

Unless the deficiency is corrected within 10 days from this date,
we will forward the document to the court to be stricken.

You must tell us your choice of options immediately so you can
correct and return your rehearing within 10 days.

    1.   Send someone to this office to correct the rehearing;

    2.   Send someone to pick up the rehearing, correct and
         return it;

    3.   Send a self-addressed stamped envelope and we will
         return your rehearing (we will tell you the postage
         cost on request).  You must then mail the corrected
         rehearing to this office;

    4.   Send corrected rehearings and we will recycle those on
         file.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By:  _____
     Monica Washington, Deputy Clerk
     713-250-5440