# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**


January 16, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

       No. 03-11194 USA v. Webster
          USDC No.  4:00-CV-1646-Y
                    4:94-CR-121-1


Enclosed is an order entered in this case.


            Sincerely,

            CHARLES R. FULBRUGE III, Clerk

            By: _____
                Mary Frances Noveh
                Case Management Clerk
                504-310-7686


Mr Philip Alan Wischkaemper
Ms Delonia Anita Watson

MOT-2