# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

January 24, 2006

Ms Karen S Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W 10th Street
202 US Courthouse
Fort Worth, TX 76102

No. 03-11194 USA v. Webster
USDC No.  4:00-CV-1646-Y
4:94-CR-121-1

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 56 ) Volumes   (  ) Envelopes   ( 1 )**sealed** Box

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _Rhonda F Parker_
Rhonda F. Parker, Deputy Clerk
504-310-7703

cc: (letter only)
Honorable Terry R Means
Ms Lena G Roberts
Mr Philip Alan Wischkaemper
Ms Delonia Anita Watson

MDT-1