# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001



William K. Suter
Clerk of the Court
(202) 479-3011

April 20, 2006

Clerk
United States Court of Appeals for the Fifth Circuit
600 Camp Street
New Orleans, LA  70130

U.S. COURT OF APPEALS
# FILED
## APR 2 5 2006

CHARLES R. FULBRUGE III
CLERK

> Re:  Bruce Carneil Webster
>      v. United States
>      No. 05-10470
>      (Your No. 03-11194)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 17, 2006 and placed on the docket April 20, 2006 as No. 05-10470.

Sincerely,

**William K. Suter**, Clerk

by Ann McCamey
Ann McCamey
Case Analyst