

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 2, 2006

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

U.S. COURT OF APPEALS

**F I L E D**

OCT 1 6 2006

CHARLES R. FULBRUGE III
CLERK

Re:  Bruce Carneil Webster
     v. United States
     No. 05-10470
     (Your No. 03-11194)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter, Clerk**