# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 16, 2006

Ms Karen S Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W 10th Street
202 US Courthouse
Fort Worth, TX 76102

        No. 03-11194 USA v. Webster
           USDC No.  4:00-CV-1646-Y
                     4:94-CR-121-1

Enclosed is a copy of the Supreme Court order denying certiorari.

            Sincerely,

            CHARLES R. FULBRUGE III, Clerk

            *Charlene A. Vogelaar*

    By:     _____
            Charlene Vogelaar, Deputy Clerk
            504-310-7648

MDT-1